# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

BYRON C. MOORE,

    Plaintiff

    v.                                     CASE NUMBER: 04-C-655

DR. ELSA HORN, DR. DAYLEY,
DR. LARSON, KAPLAN, NANCY
BOWENS, SWEET, ALLEN,
JUDY SMITH, and MATTHEW FRANKS,

    Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Docket #113) is **granted**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court enter judgment dismissing the plaintiff's claims and this action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's motion for order that no additional pleadings be accepted (Docket #114) is **denied**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's motion for sanctions (Docket #116) is **denied**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's motion requesting additional time to bring plaintiff's reply to defendants' renewed motion for summary judgment into compliance if needed (Docket #119) is **denied**.

| August 15, 2006 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |